AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

LUIS HERNANDEZ

Plaintiff

V.

JOHN MARSHALL

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-11783 RCL

I, _Luis Hernandez_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _MCI Cedar Junction_

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _Manpower temp service, $180.00_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_8-26-05_
Date

_[signed] Luis Hernandez_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN FORMA PAUPERIS AFFIDAVIT

_____
(Insert appropriate court)

_Luis Hernandez_
(Petitioner/Plaintiff)

AFFIDAVIT IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

v.     Civil Action No.: _____

_John Marshall_
(Respondent(s)/Defendant(s))

05  11783  RCL

I, _Luis Hernandez_, being first duly sworn, depose and say that I am the petitioner in the above entitled case; I bring this _____
_____(identify the nature of the action); that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  Yes ( )  No (✓)
   a. If the answer is "yes," state the amount of salary or wages per month, and give the name and address of your employer.
   
   _____
   
   b. If the answer is "no," state the date of last employment and the amount of salary and wages per month which you received.
   
   _Mampower  1/80.00_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business or profession or form of self-employment?  Yes ( )  No (✓)
   b. Rent payments, interest or dividends? Yes ( )  No (✓)
   c. Pensions, annuities or life insurance payments?  Yes ( )  No (✓)
   d. Gifts or inheritances?  Yes ( )  No (✓)
   e. Any other sources?  Yes ( )  No (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.  _____
_____

3. a. What is the current balance in your prison spend account?  _$35.00_
   b. Do you have any money in any other prison account or regular bank account? Yes ( )  No (✓).  If you answered yes identify the account(s) and state the balance(s).

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )   No (✓)

   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

6. List all of your prior cases that were dismissed as frivolous, malicious or failed to state a claim upon which relief could be granted, i.e., pursuant to Fed. R. Civ. 12(b)(6). _____

7. Complete number 7 **only if your case has been dismissed.** List the issues you intend to present on appeal. _____

The failure to complete the **entire** affidavit will result in the immediate termination of the action. If more room is need for any response, please attach additional pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-26-05
             (Date)

             _____
                    (Signature)