UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS HERNANDEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN MARSHALL, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-11783-RCL |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent John Marshall in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  September 27, 2005

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on September 27, 2005, by first-class mail, postage prepaid, upon:

Luis Hernandez
W-67994
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

                                                  /s/ Randall E. Ravitz
                                                Randall E. Ravitz