UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS HERNANDEZ, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-11783-RCL |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO RESPOND TO PETITION**

Respondent John Marshall (the "Respondent") hereby respectfully moves this Court to enlarge until October 18, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Luis Hernandez (the "Petitioner"). The Respondent's response is currently due on September 27, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 2000 conviction in the Hampden County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. The undersigned counsel for the Respondent has just recently received the necessary documents from the district attorney's office that prosecuted the criminal case referenced above. Counsel must have adequate time to review such documents in order to respond sufficiently to the Petition and file documentation reflecting on whether the Petitioner has exhausted state remedies, per this Court's Order of September 2, 2005.

4. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

5. Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until October 18, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  September 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on September 27, 2005, by first-class mail, postage prepaid, upon:

Luis Hernandez
W-67994
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz