Clerk's Office
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Suite 2300

Re: Hernandez v. Marshall
    No. 05-11783-RCL

Dear Clerk,

I am the petitioner in the above captioned matter. I'm in receipt of respondent motion for enlargement of time, in his motion respondent refers to and order issued by this court on September 2, 2005. I never received a copy of this order.

Thus, could you please send me a copy of the following:

1) Order of September 2 2005
and
2) Docket sheet.

Thank You

Sincerely
Luis Hernandez
W84653