UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11783-RCL |
| ) | |
| JOHN MARSHALL, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S MOTION TO DISMISS PETITION

The Respondent, John Marshall, Acting Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby respectfully moves that the Habeas Corpus Petition (the "Petition") filed by Petitioner Luis Hernandez (the "Petitioner") be dismissed in its entirety. The Petitioner's habeas corpus action should not be entertained, because the Petitioner filed an incomplete Petition, failed to exhaust state remedies prior to seeking relief from this Court, can present no valid basis for being excused from the statutory exhaustion requirement, and asserts a claim that may be easily disposed of on the merits.

In further support of this Motion, the Respondent relies on and incorporates his Memorandum of Law and Appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition in its entirety, and grant such other relief as is just and proper under the circumstances.

                    Respectfully submitted,

                    THOMAS F. REILLY
                    Attorney General


                    /s/ Randall E. Ravitz
                    Randall E. Ravitz (BBO # 643381)
                    Assistant Attorney General
                    Criminal Bureau
                    One Ashburton Place
                    Boston, Massachusetts  02108
                    (617) 727-2200, ext. 2852

Dated:  October 18, 2005


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on October 18, 2005, by first-class mail, postage prepaid, upon:

Luis Hernandez
W-67994
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se


                    /s/ Randall E. Ravitz
                    Randall E. Ravitz