UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11783-RCL |
| ) | |
| JOHN MARSHALL, ) | |
| ) | |
| Respondent. ) | |

**<u>RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS APPENDIX ACCOMPANYING HIS
MOTION TO DISMISS PETITION</u>**

Notice is hereby given that the following Exhibits to the Respondent's Appendix Accompanying His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

<u>EXHIBIT A</u>.    Docket in connection with <u>Commonwealth v. Luis Hernandez</u>, Case No. 99-639 in the Hampden County, Massachusetts, Superior Court ("Hampden Docket No. 99-639");

<u>EXHIBIT B</u>.    Docket in connection with <u>Commonwealth v. Luis Hernandez</u>, Case No. 99-640 in the Hampden County, Massachusetts, Superior Court ("Hampden Docket No. 99-640");

<u>EXHIBIT C</u>.    Docket in connection with <u>Commonwealth v. Luis Hernandez</u>, Case No. 00-338 in the Hampden County, Massachusetts, Superior Court ("Hampden Docket No. 00-338");

EXHIBIT D.         Docket in connection with Luis Hernandez v. David Nolan, Case No. NOCV2005-00106 in the Norfolk County, Massachusetts, Superior Court ("Norfolk Docket No. NOCV2005-00106");

EXHIBIT E.         Docket in connection with Commonwealth v. Luis Hernandez, Case No. 2003-P-0141 in the Massachusetts Appeals Court ("App. Ct. Docket No. 2003-P-0141");

EXHIBIT F.         Docket in connection with Commonwealth v. Luis Hernandez, Case No. FAR-13931 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-13931");

EXHIBIT G.         Docket in connection with Commonwealth v. Luis Hernandez, Case No. 2002-P-0617 in the Massachusetts Appeals Court ("App. Ct. Docket No. 2002-P-0617");

EXHIBIT H.         Docket in connection with Commonwealth v. Luis Hernandez, Case No. FAR-13530 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-13530");

EXHIBIT I.         Docket in connection with Mark Stacy v. Larry E. DuBois, Case No. 92-CV-12018-ADM in the United States District Court for the District of Massachusetts ("U.S.D.C. Docket No. 92-CV-12018-ADM");

EXHIBIT J.         Indictment issued in connection with Commonwealth v. Luis Hernandez, Case No. 99-639 in the Hampden County, Massachusetts, Superior Court ("Indictment No. 99-639");

EXHIBIT K.      Indictment issued in connection with Commonwealth v. Luis Hernandez, Case No. 99-640 in the Hampden County, Massachusetts, Superior Court ("Indictment No. 99-640");

EXHIBIT L.      Indictment issued in connection with Commonwealth v. Luis Hernandez, Case No. 00-338 in the Hampden County, Massachusetts, Superior Court ("Indictment No. 00-338");

EXHIBIT M.      Indictment issued in connection with Commonwealth v. Luis Hernandez, Case No. 99-640 in the Hampden County, Massachusetts, Superior Court ("Indictment No. 00-339");

EXHIBIT N.      Commonwealth v. Luis Hernandez, 60 Mass. App. Ct. 1106, 799 N.E.2d 606 (2003), the unpublished opinion of the Massachusetts Appeals Court issued in connection with Case No. 2003-P-0141;

EXHIBIT O.      Commonwealth v. Luis Hernandez, 441 Mass. 1104, 805 N.E.2d 44 (2004), the table decision of the Massachusetts Supreme Judicial Court in connection with Case No. FAR-13931;

EXHIBIT P.      Commonwealth v. Luis Hernandez, 58 Mass. App. Ct. 1106, 790 N.E.2d 242 (2003), the unpublished opinion of the Massachusetts Appeals Court issued in connection with Case No. 2002-P-0617;

EXHIBIT Q.      Commonwealth v. Luis Hernandez, 440 Mass. 1102, 795 N.E.2d 573 (2003), the table decision of the Massachusetts Supreme Judicial Court in connection with Case No. FAR-13530;

EXHIBIT R.    Defendant-Appellant's Brief and Record Appendix in connection with Commonwealth v. Luis Hernandez, Case No. 2003-P-0141 in the Massachusetts Appeals Court;

EXHIBIT S.    Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition in connection with Commonwealth v. Luis Hernandez, Case No. 2003-P-0141 in the Massachusetts Appeals Court;

EXHIBIT T.    Defendant-Appellant's Application for Further Appellate Review in connection with Case No. FAR-13931 in the Massachusetts Supreme Judicial Court;

EXHIBIT U.    Defendant-Appellant's Brief and Record Appendix in connection with Commonwealth v. Luis Hernandez, Case No. 2002-P-0617 in the Massachusetts Appeals Court ("Def.'s Br. & Record Appendix to App. Ct.");

EXHIBIT V.    Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition in connection with Commonwealth v. Luis Hernandez, Case No. 2002-P-0617 in the Massachusetts Appeals Court; and

EXHIBIT W.    Defendant-Appellant's Application for Further Appellate Review and supporting Memorandum in connection with Case No. FAR-13530 in the Massachusetts Supreme Judicial Court ("Def.'s Mem. Supp. ALOFAR to SJC").

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  October 18, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on October 18, 2005, by first-class mail, postage prepaid, upon:

Luis Hernandez
W-67994
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz

5