UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS HERNANDEZ, ) ) Petitioner, ) ) v. ) ) JOHN MARSHALL, ) ) Respondent. ) ) | Civil Action No. 05-11783-RCL |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HIS MOTION TO DISMISS PETITION**

Notice is hereby given that the following Exhibits to the Respondent's Supplemental Memorandum in Support of His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A. September 9, 1992 decision issued by the Honorable A. David Mazzone in connection with Mark Stacy v. Larry E. DuBois, Case No. 92-CV-12018-ADM in the United States District Court for the District of Massachusetts; and

EXHIBIT B. February 18, 1993 decision issued by the Honorable A. David Mazzone in connection with Mark Stacy v. Larry E. DuBois, Case No. 92-CV-12018-ADM in the United States District Court for the District of Massachusetts.

The original documents are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  October 19, 2005


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on October 19, 2005, by first-class mail, postage prepaid, upon:

Luis Hernandez
W-67994
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

        /s/ Randall E. Ravitz
        Randall E. Ravitz