UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS HERNANDEZ,              ) | |
|        Petitioner,     ) | |
|                       ) | |
|        v.                           ) | C.A. No. 05-11783-RCL |
|                       ) | |
| JOHN MARSHALL,          ) | |
|        Respondent.    ) | |

MEMORANDUM AND ORDER RE: APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

For the reasons stated below, plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Docket No. 1) is denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

BACKGROUND

On August 29, 2005, petitioner Luis Hernandez, now incarcerated at MCI Cedar Junction, filed his Section 2254 habeas petition accompanied by an Application to Proceed Without Prepayment of Fees and Affidavit. The Application indicates that petitioner has no source of income and no funds.

DISCUSSION

A party filing a Section 2254 habeas corpus petition must either pay the $5 filing fee or file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application to proceed without prepayment of fees must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition in forma pauperis, he shall file the affidavit required by §

1915 and a certified statement of amount of funds in prisoner's institutional account)**;** see 28 U.S.C. § 1915(a)(2).

Although petitioner has submitted an Application to Proceed Without Prepayment of Fees, he has not provided the required certified copy of his trust fund account statement at MCI Cedar Junction. Because petitioner has not submitted his trust fund account statement, his application will be denied without prejudice to refiling with a copy of his certified prison account statement.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, petitioner's Application to Proceed Without Prepayment of Fees (Docket No. 1) is denied without prejudice. If petitioner wishes to proceed with this action, , he shall, within forty-two (42) days of the date of this Order, submit the $5 filing fee or an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his institutional account statement or this action will be dismissed without prejudice for failure to pay the filing fee. The Clerk shall send petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

 November 1, 2005                         /s/ Reginald C. Lindsay
DATE                                      REGINALD C. LINDSAY
                                          UNITED STATES DISTRICT JUDGE