UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05-11783-RCL

LUIS HERNANDEZ
Petitioner

v.

JOHN MARSHALL
Respondent

### NOTICE OF DENIAL OF PETITIONER'S MOTION FOR EXPEDITED APPEAL

Now comes Luis Hernandez, petitioner in the above described action and hereby gives notice of the Massachusetts Appeals Court denial of his Motion to Expedite appeal (No.05-P-1490) that was entered on November 4, 2005, a copy of order attached hereto as Exhibit "A".

November 17, 2005

Luis Hernandez, pro se
Box 100
South Walpole, MA 02071

### CERTIFICATE OF SERVICE

I, Luis Hernnadez, hereby states that I served a copy of the aboved document on Respondent attorney: Randall E. Ravit AG, One Ashburtn Place, Boston, MA 02108. by first class prepaid postage.

November 17, 2005

Luis Hernandez

COMMONWEALTH OF MASSACHUSETTS

EX. A

APPEALS COURT CLERK'S OFFICE
John Adams Courthouse
One Pemberton Square, Suite 1200
BOSTON, MASSACHUSETTS 02108-1705
(617) 725-8106

November 7, 2005

Luis Hernandez #W84653
MCI Cedar Junction
PO Box 100
S. Walpole, MA 02071

RE:   No. 2005-P-1490

**LUIS HERNANDEZ #W84653**
       **vs.**
**SUPERINTENDENT MCI CEDAR JUNCTION**

NOTICE OF DOCKET ENTRY

Please take note that, with respect to the MOTION to expedite appeal, filed by Luis Hernandez. (Paper #3),

on November 4, 2005, the following order was entered on the docket of the above-referenced case:

RE#3: Denied. (Perretta, J.)   *Notice.

Very truly yours,

The Clerk's Office

Dated: November 7, 2005

To:   Luis Hernandez #W84653
      David Slade, Esquire
      Norfolk Superior Court Dept.