UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-11783-RCL

LUIS HERNANDEZ
Petitioner

v.

MICHAEL J. ASHE[1/]
Respondent

PETITIONER'S MOTION FOR SUBSTITUTION OF PARTIES

Now comes Luis Hernandez ("Hernandez"), pro se petitioner in the above entitled action and requests that this Honorable Court order a substitution of parties pursuant to Rule 25(a)(1) and (2) and (d)(1) of the Federal Rules of Civil Procedure. As grounds for this motion Hernandez states as follows:

1. Respondent John Marshall no longer have custody of the petitioner, and Michael J. Ashe has custody of the petitioner as of December 13, 2005.

December 12, 2005

/s/ Luis Hernandez
Luis Hernandez
627 Randall Road
Ludlow, MA 01056

CERTIFICATE OF SERVICE

I Luis Hernandez hereby certify that I served a copy oft the above document on: Mr. Randall E. Ravit, AAG, One Ashburton Place, Boston, MA 02108 by first class prepaid postage.

December 12, 2005

/s/ Luis Hernandez
Luis Hernandez