UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-11783-RCL

LUIS HERNANDEZ
    Petitioner

V.

MICHAEL J. ASHE
    Respondent

NOTICE OF CHANGE OF ADDRESS

Petitioner Luis Hernandez, pro se hereby gives notice that he now in the custody of the Hampden County House of Correction and that hs new mailing address is as follows:

Mr. Luis Hernandez

627 Randall Road

Ludlow, MA 01056

December 12, 2005

Luis Hernandez, pro se
627 Randall Road
Ludlow, MA 01056