2-10-06

Clerk's office
United States District Court
 Office of the clerk
United States Court house
1 Courthouse way, suite 2300
    Boston, Mass 02210

Re: Hernandez v. Marshall
    No. 05-11783-RCL

Dear clerk;

I am writing to you, inquiring as to my petition before this court. I am now in the custody of the ;(Hampden County Sheriffs Department), Sheriff Michael J. Ashe Jr.

On or about Dec 12,th 2005 i filed a <u>Notice of change of address</u> along with a (Motion for substitution of Parties).

As i am a pro-se petitioner i am somewhat ignorant as to time limits etc, etc. if at all posible, could you please inform me as to the status of my Petition. I thank you TREMENDOUSLY.

Respectfully
Luis Hernandez