UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LUIS HERNANDEZ**

**V.**                              **CIVIL ACTION NO. 05-11783-RCL**

**JOHN MARSHALL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of September 28, 2006 allowing the motion to dismiss of the defendant John Marshall, Judgment is hereby entered as follows: Judgment for the defendant John Marshall dismissing this action.

September 28, 2006                              /s/ Lisa M. Hourihan
                                                Deputy Clerk